IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br><br>FELECIA REVONDA LITTLE,<br>　　　　Defendant,<br>and<br><br>OPERATION BREAKTHROUGH,<br>　　　　Garnishee. | CASE NO. DNCW3:10CR26-1<br>(Financial Litigation Unit) |

## **CONSENT ORDER OF CONTINUING GARNISHMENT**

The parties, the United States of America, the defendant, and the garnishee, agree and stipulate as follows:

1. The defendant is Felicia Revonda Little, Social Security Number XXX-XX-5422, whose last known address is: XXXXXXXXXXXXX, Durham, NC 27703

2. A criminal judgment was entered on November 29, 2010, (Docket No.15), against the defendant in this action where she was ordered to pay $9,050.00 for an assessment, fine and/or restitution. The parties agree and stipulate that the total balance due is $3,643.36 as of November 1, 2011.

3. A Writ of Continuing Garnishment was file on January 18, 2011. The garnishee has in its possession, custody or control property of the defendant in the form of wages paid to the defendant.

4. The defendant received service of the writ of continuing garnishment on February 14, 2011, as required by 28 U.S.C. §3205. The defendant waives her right to a hearing under said statute and any other process to which the defendant may be entitled under 28 U.S.C. §3205, and further waives her right to a hearing under said statute and any other process to which the defendant may be entitled under 28 U.S.C. §3001. et. seq.

5. The garnishee received service of the writ of continuing garnishment on January 24, 2011, as required by 28 U.S.C. §3205 and filed an answer to the writ of garnishment on February 4, 2011, (Docket No. 22). The Garnishee waives being heard in this matter and any other process to which the garnishee may be entitled under 28 U.S.C. §3001. et. seq.

6. The defendant agrees and stipulates that her wages are subject to garnishment under 28 U.S.C. §3205 and expressly agrees and stipulates that the entry of a Consent Order in Garnishment is proper.

7. The parties agree and stipulate to the entry of a Consent Order of Continuing Garnishment against the non-exempt wages of the defendant. It is expressly agreed and stipulated to by the parties that the garnishee pay the plaintiff 15% per month of the defendant's net wages and 100% of all 1099 payments and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the defendant or until further Order of this court. *See* 15 U.S.C. 1673.

8. Payments should be made payable to the United States Clerk of Court and mailed to the United States Clerk of Court, 401 West Trade Street, Charlotte, NC 28202 and reference Case Number DNCW3:10CR136-1 for prompt processing.

9. The parties agree and stipulate that the plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the defendant would normally receive may be offset and applied to this debt.

Respectfully submitted,

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

*[signature]*

JENNIFER A. YOUNGS
ASSISTANT UNITED STATES ATTORNEY
NCSB# 23925
227 West Trade Street, Suite 1650
Charlotte, NC 28202
(704) 344-6222
JYoungs@usdoj.gov

Agreed and Consented to:

*[signature]*

Felecia Revonda Little
*[address redacted]*
Durham, NC 27703

*[signature]*

Robert L. Page
Finance Director
Operation Breakthrough, Inc.
215 West Seminary Avenue
Durham, NC 27702
(919) 688-8111 ext. 251

11-14-11
Date

*[signature]*

David S. Cayer
United States Magistrate Judge