IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              Plaintiff, )<br>vs. )<br>    )<br>FELECIA REVONDA LITTLE, )<br>              Defendant. )<br>and )<br>    )<br>OPERATION BREAKTHROUGH, INC., )<br>              Garnishee. ) | CASE NO. DNCW3:10CR26-1<br>(Financial Litigation Unit) |

**DISMISSAL OF CONSENT ORDER OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Consent Order of Continuing Garnishment filed in this case against Defendant, Felecia Revonda Little, is DISMISSED.

**SO ORDERED**.

Signed: April 3, 2012

_____
David S. Cayer
United States Magistrate Judge